IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
FEB 12 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | 1:20 CR 118 |
| ) | |
| v. ) | CASE NO._____ |
| ) | Title 21, United States Code, |
| TERRY D. CALDWELL, ) | Sections 841(a)(1) and (b)(1)(C) |
| ) | |
| Defendant. ) | JUDGE GWIN |

COUNT 1
(Possession with Intent to Distribute Heroin,
21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about October 25, 2019, in the Northern District of Ohio, Eastern Division, Defendant TERRY D. CALDWELL did knowingly and intentionally possess with intent to distribute approximately 7.40 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Possession with Intent to Distribute Controlled Substances,
21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about October 25, 2019, in the Northern District of Ohio, Eastern Division, Defendant TERRY D. CALDWELL did knowingly and intentionally possess with intent to distribute approximately 3.86 grams of a mixture and substance containing a detectable amount

of heroin, a Schedule I controlled substance, and carfentanil, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Possession with Intent to Controlled Substances,
21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about October 25, 2019, in the Northern District of Ohio, Eastern Division, Defendant TERRY D. CALDWELL did knowingly and intentionally possess with intent to distribute approximately 0.24 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 4
(Possession with Intent to Distribute Cocaine Base ("Crack"),
21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about October 25, 2019, in the Northern District of Ohio, Eastern Division, Defendant TERRY D. CALDWELL did knowingly and intentionally possess with intent to distribute approximately 0.96 grams of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 4 is incorporated herein by reference. As a result of the foregoing offenses, Defendant TERRY D. CALDWELL shall forfeit to the United

States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation; and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.